FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

JUN 0 4 2020

D. MARK JONES, CLERK

BY _____
DEPUTY CLERK

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Utah

**ORIGINAL**

United States of America )
v. )
LATROI DEVON NEWBINS )   Case No.   2:20-mj-00415 DBP
)
)
_____ )
*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     LATROI DEVON NEWBINS _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 844(i), Arson in Interstate Commerce

Date:   06/03/2020 _____

_____
*Issuing officer's signature*

City and state:   Salt Lake City, Utah _____

DUSTIN B. PEAD, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  JUNE 3, 2020 , and the person was arrested on *(date)*  JUNE 3, 2020 at *(city and state)*  SALT LAKE CITY, UTAH . |
| Date:  6/3/2020       _____ <br> *Arresting officer's signature* <br><br> JEFF WRIGHT, FBI SPECIAL AGENT <br> *Printed name and title* |