FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

JUN 0 4 2020

D. MARK JONES, CLERK
BY _____
DEPUTY CLERK

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Utah

**ORIGINAL**

| United States of America | ) |
| v. | ) |
| LATROI DEVON NEWBINS | ) Case No. 2:20-mj-00415 DBP |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* LATROI DEVON NEWBINS
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 844(i), Arson in Interstate Commerce

Date: 06/03/2020

*Issuing officer's signature*

City and state: Salt Lake City, Utah

DUSTIN B. PEAD, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* JUNE 3, 2020, and the person was arrested on *(date)* JUNE 3, 2020
at *(city and state)* SALT LAKE CITY, UTAH

Date: 6/3/2020

*Arresting officer's signature*

JEFF WRIGHT, FBI Special Agent
*Printed name and title*