Case: 2:20-cr-00182
Assigned To : Barlow, David
Assign. Date : 6/29/2020
Description: USA v. Newbins

JOHN W. HUBER, United States Attorney (#7226)
J. DREW YEATES, Assistant United States Attorney (#9811)
MICHAEL J. THORPE, Assistant United States Attorney (#11992)
BRYAN N. REEVES, Assistant United States Attorney (#DC 994799)
Attorneys for the United States of America
111 Main Street, Ste. 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

---

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>LATROI DEVON NEWBINS,<br>　　　　　　　Defendant. | **FELONY INFORMATION**<br><br>18 U.S.C. § 844(i), Arson in Interstate Commerce. |

---

The United States Attorney charges:

### COUNT I
18 U.S.C. § 844(i)
[Arson in Interstate Commerce]

On or about May 30, 2020, in the District of Utah,

LATROI DEVON NEWBINS,

defendant herein, did maliciously damage and destroy, and attempt to maliciously

damage and destroy, by means of fire and explosives, a vehicle used in interstate

commerce and in activities affecting interstate commerce, to wit: a Salt Lake City Police

1

Department patrol car, and did aid and abet therein; all in violation of 18 U.S.C. §§ 844(i) and 2.

JOHN W. HUBER
United States Attorney

*/s/ Michael J. Thorpe*

J. DREW YEATES
MICHAEL J. THORPE
BRYAN N. REEVES
Assistant United States Attorneys