FILED
2020 JUL 23 PM 4:00
CLERK
U.S. DISTRICT COURT

JOHN W. HUBER, United States Attorney (#7226)
J. DREW YEATES, Assistant United States Attorney (#9811)
MICHAEL J. THORPE, Assistant United States Attorney (#11992)
BRYAN N. REEVES, Assistant United States Attorney (#DC 994799)
Attorneys for the United States of America
111 Main Street, Ste. 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

**SEALED**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:20-cr-00182 |
| Plaintiff, | : | **SUPERSEDING INDICTMENT** |
| vs. | : | VIOLATION: |
| LATROI DEVON NEWBINS, LATEESHA RICHARDS, JACKSON STUART TAMOWSKI PATTON, and CHRISTOPHER ISIDRO ROJAS, | : : | Count 1: 18 U.S.C. § 844(i), Arson in Interstate Commerce |
| | : | Judge David B. Barlow |
| Defendants. | : | |

The Grand Jury charges:

**COUNT 1**
18 U.S.C. § 844(i)
[Arson in Interstate Commerce]

On or about May 30, 2020, in the District of Utah,

LATROI DEVON NEWBINS,
LATEESHA RICHARDS,
JACKSON STUART TAMOWSKI PATTON,

and
CHRISTOPHER ISIDRO ROJAS,

defendants herein, did maliciously damage and destroy, and attempt to maliciously damage and destroy, by means of fire and explosives, a vehicle used in interstate commerce and in activities affecting interstate commerce, to wit: a Salt Lake City Police Department patrol car, and did aid and abet therein; all in violation of 18 U.S.C. § 844(i) and 18 U.S.C. § 2.

A TRUE BILL:

███████████████

FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

_/s/ _____
J. DREW YEATES
MICHAEL J. THORPE
BRYAN N. REEVES
Assistant United States Attorneys

2