Darwin L. Overson (7956)
OVERSON LAW, PLLC
136 East South Temple, Suite 1530
Salt Lake City, UT 84111
Telephone: (801) 733-1308
Facsimile: (801) 528-1700
Email: darwin@boslaw.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT,

CENTRAL DIVISION, STATE OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> LATROI DEVON NEWBINS, <br><br> Defendant. | **DEFENDANT'S MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE** <br><br> 2:20mj00415-DBP <br> 2:20-cr-00182-DBB <br><br> Chief Magistrate Judge Dennis B. Pead <br> Judge David B. Barlow |

  Defendant Latroi Devon Newbins, by and through counsel of record, Darwin L. Overson, of the law firm of OVERSON LAW, PLLC, moves to modify the conditions of pretrial release. Specifically, the Defendant seeks to modify the terms or rather seeks the Court's approval of a change in his living circumstances to allow him to reside in the same home as his wife and children.

  Prior to approval of the Defendant's pretrial release, this Court expressed a concern for the safety of the Defendant's common-law wife due to charges that were dismissed in 2017 because the "victim/witness" was unable to be located.  PTS Report, p.5.   It was pointed out

that based on the state court docket, the alleged victim in that case had shown for court but left prior to the case being called for preliminary hearing.   State Court Docket, attached as Exhibit A.

Nevertheless, based on that concern, this Court ordered PTS to confirm suitable living arrangements were available for the Defendant to reside with his common-law wife's father. PTS confirmed the suitability of the living arrangement and this Court approved the Defendant's release.   The Defendant has been out on pretrial ever since.   He has complied with this Court's conditions including (1) Completed a mental health evaluation through Valley Mental Health where he continues counseling; and (2) Undergoing random drug tests showing the Defendant is not using controlled substances.

The living arrangements with the Defendant's common-law wife's father are no longer suitable because the Defendant cannot afford to pay rent for his family and pay his common-law wife's father.   Initially, there was no rent discussed but a demand for $500 per month was made and the Defendant is not able to afford a rent payment in addition to that paid by him for his family's apartment.   The Defendant was employed with Health Line Intermountain working as an assembly line worker but due to a chronic injury to his back, he was not able to continue working.   The Defendant has applied for schooling and continues to search for employment in the interim.   The Defendant spends most of his time caring for his children and looking for work.   Defendant is also in the process of applying for disability benefits.

The Defendant has had no other violence related charges since the 2017 case and has resided with his common-law wife ever since with the exception of the time he has been on

pretrial services release.

The Defendant and his common-law wife have both prepared safety plans which are attached as Exhibit B.

Defendant's common-law wife wishes the Defendant to be home so that he can help her with the children.   The Defendant has historically be very active in the care of his children and his absence from the home has caused a significant burden on his common-law wife.

## CONCLUSION

For the stated reasons, the Defendant respectfully request that this Court modify the terms of his PTS release to permit him to reside with his family.

RESPECTFULLY SUBMITTED this 3rd day of August, 2020.

/s/     Darwin L. Overson
Darwin L. Overson
Attorney for Mr. Newbins

EXHIBIT A

```
                        3RD DIST. COURT - WEST JORDAN
                        SALT LAKE COUNTY, STATE OF UTAH


                    STATE OF UTAH vs. LATROI DAVON SR NEWBINS
```

CASE NUMBER 171401904 State Felony

CHARGES

    Charge 1 - 76-5-103(1) - AGGRAVATED ASSAULT - 3rd Degree Felony
    Offense Date: May 14, 2017
    Location: 59 E GILBRIDE AVE #337
    Attributes: Domestic Violence.
    Disposition: July 03, 2017 Dismissed (w/o prej)

    Charge 2 - 76-5-109.1(2) - DOMESTIC VIOLENCE IN THE PRESENCE OF A CHILD - 3rd
    Degree Felony
    Offense Date: May 14, 2017
    Location: 59 E GILBRIDE AVE #337
    Attributes: Domestic Violence.
    Disposition: July 03, 2017 Dismissed (w/o prej)

    Charge 3 - 76-5-304(1) - UNLAWFUL DETENTION - Class B Misdemeanor
    Offense Date: May 14, 2017
    Location: 59 E GILBRIDE AVE #337
    Attributes: Domestic Violence.
    Disposition: July 03, 2017 Dismissed (w/o prej)


CURRENT ASSIGNED JUDGE
    JAMES GARDNER

PARTIES
    Plaintiff - STATE OF UTAH
    Represented by: SIMARJIT GILL

    Defendant - LATROI DAVON SR NEWBINS

    Also Known As - LA TI NEWBINS

    Also Known As - LA TRIO NEWBINS

DEFENDANT INFORMATION
    Defendant Name: LATROI DAVON SR NEWBINS
    Offense Tracking Number: 53382834
    Date of Birth: December 26, 1991
    Jail Booking Number: 17025727
    Law Enforcement Agency: MURRAY CITY POLICE
    LEA Case Number: 17C008685

```
CASE NUMBER: 171401904 State Felony
```
---
```
          Officer Name: B HADLEY
          Prosecuting Agency: SALT LAKE COUNTY
          Agency Case Number: 17011332
          Violation Date: 05-14-2017
          Sheriff Number: 333455


ACCOUNT SUMMARY
               Paper Bond Totals Posted:         25,000.00
                              Forfeited:              0.00
                             Exonerated:         25,000.00
                                Balance:              0.00
          NONMONETARY BOND DETAIL - TYPE: Surety
                              Posted By: DEWEYS BAIL BOND COMPANY (#D 3690)
                                 Posted:         25,000.00
                              Forfeited:              0.00
                             Exonerated:         25,000.00
                                Balance:              0.00



CASE NOTE
          WEST JORDAN - BRERETON/LDA APPOINTED 06/06/2017


PROCEEDINGS
05-16-2017   Filed: INFORMATION/INDICTMENT
05-16-2017   Filed: WARRANT OF ARREST (PROPOSED)
05-16-2017   Case filed by efiler
05-16-2017   Filed: Warrant of Arrest    Judge: rmharr
05-16-2017   Warrant Ordered
05-16-2017   WARRANT: NEWBINS                           ,
05-16-2017   Warrant Issued
05-16-2017   Filed: Return of Electronic Notification
05-17-2017   Warrant Recalled
05-17-2017   INITIAL APPEARANCE/DEWEY'S on 06/06/2017
05-17-2017   Bond Account created
05-17-2017   Post nonmonetary bond
05-17-2017   Filed: DEWEYS BAIL BOND COMPANY  25000.0
05-17-2017   Tracking started -- Bail/Bond
06-06-2017   Note: Pre-Trial Protective Order Service Date : 06-06-2017
             08:56:00
06-06-2017   INITIAL APPEARANCE/DEWEY'S
06-06-2017   Filed: Affidavit of Indigency/LDA APPOIN
06-06-2017   Tracking ended -- Bail/Bond
06-06-2017   Refund/Transfer nonmonetary bond
06-06-2017   Case filed by casetran
06-06-2017   Filed: From an Information
06-06-2017   Note: Case transferred from Salt Lake City District.  Case
```

```
CASE NUMBER: 171401904 State Felony
                171905217
06-06-2017   Judge BRUCE LUBECK assigned.
06-06-2017   Judge HEATHER BRERETON assigned.
06-06-2017   SCHEDULING CONFERENCE 1 scheduled on June 08, 2017 at 08:30 AM
             in WJ Courtroom 36 with Judge HEATHER BRERETON
06-07-2017   Filed protective order: Pre-Trial Protective Order
                  Judge HEATHER BRERETON
                  Signed June 07, 2017
06-07-2017   Bond Account created Total Due: 25,000.00
06-07-2017   Bond Account created
06-07-2017   Filed: DEWEYS BAIL BOND COMPANY   25000.00
06-07-2017   Bond Posted Non-Monetary Bond: 25,000.00
06-08-2017   PRELIMINARY HEARING scheduled on July 03, 2017 at 01:30 PM in
             WJ Courtroom 36 with Judge HEATHER BRERETON
06-08-2017   Minute Entry - SCHED CONF 1
                Judge: HEATHER BRERETON
             PRESENT
                Clerk: chasityh
                Prosecutor: RASBAND, JARED W
                Defendant Present
                The defendant is not in custody
                Defendant's Attorney(s): HOWARD, STEPHEN W
                Sheriff Office#: 333455
                Tape Number: 36 Tape Count: 1107
                Court ordered PreTrial Protective Order to be vacated.
             PRELIMINARY HEARING is scheduled.
                Date: 07/03/2017
                Time: 01:30 p.m.
                Location: WJ Courtroom 36
                8080 S REDWOOD ROAD
                SUITE 1701
                WEST JORDAN, UT 84088
                Before Judge: HEATHER BRERETON
06-09-2017   Filed order: SCHED CONF 1
                  Judge HEATHER BRERETON
                  Signed June 09, 2017
07-03-2017   Charge 1  Disposition is Dismissed (w/o
07-03-2017   Charge 2  Disposition is Dismissed (w/o
07-03-2017   Charge 3  Disposition is Dismissed (w/o
07-03-2017   Note: Domestic violence charge 1 dismissal reason - Unable to
             locate victim/witness
07-03-2017   Note: Domestic violence charge 2 dismissal reason - Unable to
             locate victim/witness
07-03-2017   Note: Domestic violence charge 3 dismissal reason - Unable to
             locate victim/witness
07-03-2017   Minute Entry - PRELIMINARY HEARING
```

```
CASE NUMBER: 171401904 State Felony
```
                Judge: HEATHER BRERETON
        PRESENT
            Clerk: chasityh
            Prosecutor: RASBAND, JARED W
            Defendant Present
            The defendant is not in custody
            Defendant's Attorney(s): HOWARD, WESLEY J
            Sheriff Office#: 333455
            Audio
            Tape Number: 36 Tape Count: 1440
            State not ready to proceed, victim left. State motions for
            dismissal of case. Court grants w/o prejudice.

| Date | Entry |
|---|---|
| 07-03-2017 | Filed order: PRELIMINARY HEARING<br>  Judge HEATHER BRERETON<br>  Signed July 03, 2017 |
| 07-03-2017 | Bond Exonerated  -25,000.00 |
| 07-03-2017 | Case Closed<br>Disposition Judge is JAMES GARDNER |
| 01-11-2019 | Judge DIANNA GIBSON assigned. |
| 01-11-2020 | Judge KRISTINE JOHNSON assigned. |
| 01-12-2020 | Judge JAMES GARDNER assigned. |

EXHIBIT B

Protection Plan                                                                 7/20/20

What will I do to ensure that if or when I get upset or mad at my wife Shakeyla Davis. I will do one or all of the different scenarios below to prevent harm to or against anyone.

1. Leave the situation before it escalate.

2. Call a family member or friend to help.

3. Try to talk it out before it escalate.

4. Always stay positive no matter what.

5. Don't let it get to that point at all.

This will be my protection plan to prevent any harm to my family/Shakeyla Davis to ensure the safety of her and my kids.

*[signature]*

• Protection Plan •    Shakeyla Davis

7/20/20

1. avoid arguments.
2. if an arguement occurs leave to calm down.
3. Dont use abusive languge at eachother.
4. Try and manage the situation.
5. Stay calm.
6. communicate about the situation
7. assure that we are safe.
8. We have learned from are incident in 2017
9. we assure a safe place for our family
10. I am my kids feel totally safe with Mr. Newbins living with us.

