JOHN W. HUBER, United States Attorney (#7226)
J. DREW YEATES, Assistant United States Attorney (#9811)
MICHAEL J. THORPE, Assistant United States Attorney (#11992)
BRYAN N. REEVES, Assistant United States Attorney (#DC 994799)
Attorneys for the United States of America
111 Main Street, Ste. 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT

2020 SEP 17  A 10: 38

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:20-cr-00182 |
| Plaintiff, | : | **SECOND SUPERSEDING INDICTMENT** |
| vs. | : | |
| | : | VIOLATION: |
| LATROI DEVON NEWBINS, LATEESHA RICHARDS, JACKSON STUART TAMOWSKI PATTON, CHRISTOPHER ISIDRO ROJAS and LARRY RAYNOLD WILLIAMS, JR., | : | Count 1: 18 U.S.C. § 844(i), Arson in Interstate Commerce |
| | : | Judge David B. Barlow |
| Defendants. | : | |

The Grand Jury charges:

### COUNT 1
18 U.S.C. § 844(i)
[Arson in Interstate Commerce]

On or about May 30, 2020, in the District of Utah,

LATROI DEVON NEWBINS,
LATEESHA RICHARDS,
JACKSON STUART TAMOWSKI PATTON,

CHRISTOPHER ISIDRO ROJAS, and
LARRY RAYNOLD WILLIAMS, JR.,

defendants herein, did maliciously damage and destroy, and attempt to maliciously damage and destroy, by means of fire and explosives, a vehicle used in interstate commerce and in activities affecting interstate commerce, to wit: a Salt Lake City Police Department patrol car, and did aid and abet therein; all in violation of 18 U.S.C. §§ 844(i) and 2.

A TRUE BILL:

/s/
_____
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

_____
J. DREW YEATES
MICHAEL J. THORPE
BRYAN N. REEVES
Assistant United States Attorneys

2