ANDREA T. MARTINEZ, Acting United States Attorney (#9313)
J. DREW YEATES, Assistant United States Attorney (#9811)
MICHAEL J. THORPE, Assistant United States Attorney (#11992)
BRYAN N. REEVES, Assistant United States Attorney (#DC 994799)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:20-cr-00182 |
| Plaintiff, | : | FELONY INFORMATION |
| vs. | : | VIOLATION: |
| | | Count I: 18 U.S.C. § 231(a)(3), Civil |
| LATROI DEVON NEWBINS, | : | Disorder. |
| Defendant. | : | Judge David B. Barlow |
| | : | |

The Acting United States Attorney charges:

### COUNT I
### 18 U.S.C. § 231(a)(3)
### [Civil Disorder]

On or about May 30, 2020, in the District of Utah,

LATROI DEVON NEWBINS,

defendant herein, committed and attempted to commit an act to obstruct, impede, and

interfere with a law enforcement officer, that is an officer from the Salt Lake City Police

Department, lawfully engaged in the lawful performance of his/her official duties

incident to and during the commission of a civil disorder, and the civil disorder obstructed, delayed, and adversely affected the conduct and performance of a federally protected function and the movement of any article or commodity in commerce; all in violation of 18 U.S.C. § 231(a)(3).

    DATED this 26th day of July, 2021.

        ANDREA T. MARTINEZ
        Acting United States Attorney

        JONATHAN YEATES
        Digitally signed by JONATHAN YEATES
        Date: 2021.07.26 13:09:33 -06'00'

        J. DREW YEATES
        Assistant United States Attorney