AO 442

# United States District Court
for the
District of Utah

UNITED STATES OF AMERICA

v.

**Latroi Devon Newbins**

Case No: 2:20-cr-00182-001 DBB

FILED
2024 JAN 3 AM 10:12
CLERK
U.S. DISTRICT COURT

## ARREST WARRANT

To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested) **Latroi Devon Newbins**,

who is accused of an offense or violation based on the following document filed with the court:

- [ ] Indictment
- [ ] Superseding Indictment
- [ ] Information
- [ ] Superseding Information
- [ ] Complaint
- [ ] Order of court
- [ ] Violation Notice
- [ ] Probation Violation Petition
- [X] Supervised Release Violation Petition

This offense is briefly described as follows:

**Alleged Violation of Supervised Releas**

in violation of _____ United States Code.

Gary P. Serdar
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

December 26, 2023 at Salt Lake City, Utah
Date and Location

By: Kim Forsgren
Deputy Clerk

Bail fixed _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12-26-23 | T. Ketelaar / DUSM | _[signature]_ |
| DATE OF ARREST | | |
| 12-27-23 | | |